## Violation Notice 1 (F4854558)

**United States District Court — Violation Notice**
**CVB Location Code:** CA-33
**Violation Number:** F4854558
**Officer Name (Print):** SHELTON
**Officer No.:** 1966

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION
- **Date and Time of Offense:** 08/05/2016 1300
- **Offense Charged:** 36 CFR 261.54(e)
- **Place of Offense:** TOM WALKER ROAD 46N64
- **Offense Description:** BEING ON THE ROAD IN VIOLATION OF FOREST ORDER

### DEFENDANT INFORMATION
- **Last Name:** BARTLEY
- **First Name:** MICHAEL
- **M.I.:** A
- **City:** SOMESBAR
- **State:** CA
- **Zip Code:** 95568
- **D.L. State:** CA
- **Adult** ☒ | **Sex:** M
- **Race:** WHT | **Hair:** BRO | **Eyes:** BLU | **Height:** 5'11" | **Weight:** 160

**☒ A — IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT.**
M/A

**YOUR COURT DATE**
- **Court Address:** TBA
- **Date:** TBA

**Defendant Signature:** IN CUSTODY

---

## Violation Notice 2 (F4854557)

**United States District Court — Violation Notice**
**CVB Location Code:** CA-33
**Violation Number:** F4854557
**Officer Name (Print):** SHELTON
**Officer No.:** 1966

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION
- **Date and Time of Offense:** 08/05/2016 1300
- **Offense Charged:** 36 CFR 261.12(a)
- **Place of Offense:** TOM WALKER ROAD 46N64
- **Offense Description:** BLOCK OR RESTRICT ROAD, TRAIL OR GATE

### DEFENDANT INFORMATION
- **Last Name:** BARTLEY
- **First Name:** MICHAEL
- **M.I.:** A
- **City:** SOMESBAR
- **State:** CA
- **Zip Code:** 95568
- **Date of Birth:** 10/14/1990
- **D.L. State:** CA
- **Adult** ☒ | **Sex:** M
- **Race:** WHT | **Hair:** BRO | **Eyes:** BLU | **Height:** 5'11" | **Weight:** 160

**☒ A — IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT.**

**YOUR COURT DATE**
- **Court Address:** TBA
- **Date:** TBA

**Defendant Signature:** IN CUSTODY

---

## Violation Notice 3 (F4854555)

**United States District Court — Violation Notice**
**CVB Location Code:** CA-33
**Violation Number:** F4854555
**Officer Name (Print):** SHELTON
**Officer No.:** 1966

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION
- **Date and Time of Offense:** 08/05/2016 1300
- **Offense Charged:** 36 CFR 261.3(a)
- **Place of Offense:** TOM WALKER ROAD 46N64
- **Offense Description:** INTERFERE WITH FOREST OFFICER

### DEFENDANT INFORMATION
- **Last Name:** BARTLEY
- **First Name:** MICHAEL
- **Street Address:** PO BOX 223
- **City:** SOMESBAR
- **State:** CA
- **Zip Code:** 95568
- **D.L. State:** CA
- **Adult** ☒ | **Sex:** M
- **Race:** WHT | **Hair:** BRO | **Eyes:** BLU | **Height:** 5'11"

**☒ A — IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT.**
M/A

**YOUR COURT DATE**
- **Court Address:** TBA
- **Date:** TBA

**Defendant Signature:** IN CUSTODY

| USDA Forest Service | STATEMENT OF PROBABLE CAUSE | CASE NUMBER F4854555, 57, 58 |

Location Code: CA 33

# STATEMENT OF PROBABLE CAUSE
### (For issuance of an arrest warrant or summons)

I state that on 08/05/ 2016 while exercising my duties as a law enforcement officer in the Eastern District of California:

Officer Shelton was requested to respond to a report of multiple individuals who had barricaded themselves in the middle of Tom Walker Road, 46N64. This location is the primary access point and haul route for large volume timber sale operations occurring in the Westside project on the Klamath National Forest. After meeting with back-up, Shelton and other LEOs responded to the scene. Upon arrival Officer Shelton issued citations to two involved parties along the lower part of the road. He proceeded south, into the main scene. At this location Officer Shelton observed three people present at the National Forest System gate. The entire area in question is closed by Forest order to provide for public safety in and around logging operations, as well as the primary log haul route. This closure was well posted with folding ROAD CLOSED signs, along with the signed order stapled on top. The signs were placed in the middle of the road, apparently moved by the demonstration participants. Numerous large diameter tree limbs and rocks were scattered across the roadway, covering an area approximately 75-100 feet in length. They appeared to have been placed on the roadway by the demonstrators.

The three parties present were in the roadway, behind the closure signs. Officers made contact with a white female adult and a white male adult. They were detained and eventually arrested. Another white male adult was present, later identified as MICHAEL A. BARTLEY by his California license. BARTLEY was seated on the ground next to the pivot point of a large tubular steel gate. His right arm was positioned so as to reach through the open triangle between the main cross bar and the angled support tube. On each side of the gate, large plastic barrels, (approximately 55 gallons in size,) had been placed within reach of BARTLEY'S arms. The barrels were filled with concrete and fixed with eye bolts protruding from the top and sides. One barrel was chained to the gate and pad locked in place. A chain had been placed through the gate pin and locked there as well. The barrels had been created with a void, likely made of PVC sewer pipe, 4 or 5 inches in diameter. His arms were thrust into the voids in the barrels. The barrels were painted with multiple phrases referencing opposition to the timber sale operations.

Captain Sidebottom made contact with BARTLEY and explained the purpose of law enforcement at the location. BARTLEY acknowledged the fact he was obstructing the roadway and was knowingly present in violation of the Forest order. BARTLEY was given numerous opportunities to release his grasp from the devices inside the barrels. He refused to do so and indicated he would continue to remain entrenched until the USFS implemented a timber sale plan proposed by the Karuk Tribe. BARLTEY remained seated with his arms secured inside the barrels for several hours. The gate was actually cut off with a torch for logging contractors to gain access to the site, due to the fact it could not swing without causing injury to BARTLEY.

At approximately 1335 hours BARTLEY was taken into custody after a moment of opportunity presented itself with shifting movements of his left arm. A sufficient level of force was applied to secure the arm and multiple instructions were given, along with pressure in an upward motion for BARTLEY to release the grasp of his right arm from the other barrel. With both arms now outside the barrels, padding was visible along with small diameter chain secured to his wrists. The chains were affixed with small carabiners which apparently had been clipped into metal hand holds inside the barrels. BARTLEY was the only one who could clip, or unclip the carabiners from the device inside the barrels of concrete.

| USDA Forest Service | STATEMENT OF PROBABLE CAUSE | CASE NUMBER F4854555, 57, 58 |
|---|---|---|

BARTLEY was arrested for violations of Title 36 CFR, Section 261.3(a) Interfering with a Forest Officer, Title 36 CFR, Section 261.12(d) Blocking/ obstructing a road, trail, or gate and 36 CFR, Section 261.54(e) being on the road closed by an order. He was searched incident to arrest and transported to Yreka for a restroom break. He was transported to United States District Court to appear before the court.

END REPORT

**The foregoing statement is based upon:**

☒ my personal observation   ☒ my personal investigation

☐ information supplied to me from my fellow officer's observation

☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 08/05/2016
Date

Officer's Signature
Mitchell Shelton 1966
Officer's Printed Name and Badge Number