# UNITED STATES DISTRICT COURT
## Eastern DISTRICT OF California

UNITED STATES OF AMERICA

V.

MICHAEL A. BARTLEY

**CRIMINAL COMPLAINT**

CASE NUMBER: 3:16-mj-0025 cmk

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **August 5th**, 2016 in **Siskiyou County**, in the **Eastern District of California**:

1. Defendant did resist or interfere with any Forest Officer engaged in or on account of the performance of his official duties.

2. Defendant did block, restrict, or otherwise interfere with the use of a road, trail, or gate.

3. Defendant was present on a road closed by a Forest Order. (Being on the road.)

In Violation of:

1. Title 36 CFR 261.3(a).

2. Title 36 CFR 261.12(d).

3. Title 36 CFR 261.54(e).

I further state that I am a Law Enforcement Officer of the U.S.D.A. Forest Service and that this complaint is based on the following facts as stated in the attached narrative report.

Continued on the attached sheet and made a part hereof: ☒Yes ☐No

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,
09/13/2016                                                    at    Redding, CA
_____                                          _____
Date                                                                City and State
Craig M. Kellison, U. S. Magistrate Judge
                                                                   _____
Name & Title of Judicial Officer                                    Signature of Judicial Officer